UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-22621-JEM

HOWARD COHAN,

    Plaintiff,

vs.

WENDIUM OF FLORIDA, INC.
a Florida Profit Corporation
d/b/a WENDY'S

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

    The Plaintiff, HOWARD COHAN and the Defendant, WENDIUM OF FLORIDA, INC., a Florida Profit Corporation, d/b/a WENDY'S, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

    RESPECTFULLY SUBMITTED September 26, 2023.

| By: **/s/ Gregory S. Sconzo** | **By: /s/ Adam S. Chotiner** |
|---|---|
| Gregory S. Sconzo, Esq. | Adam S. Chotiner, Esq. |
| Florida Bar No.: 0105553 | Florida Bar No. 0146315 |
| Sconzo Law Office, P.A. | E-Mail: achotiner@sbwh.law |
| 3825 PGA Boulevard, Suite 207 | SHAPIRO, BLASI, WASSERMAN & |
| Palm Beach Gardens, FL 33410 | HERMANN, P.A. |
| Telephone: (561) 729-0940 | 7777 Glades Road, Suite 400 |
| Facsimile: (561) 491-9459 | Boca Raton, FL 33434 |
| Email: greg@sconzolawoffice.com | Tel: (561) 477-7800 |
| Email: alexa@sconzolawoffice.com | Fax: (561) 477-7722 |
| Attorney for Plaintiff | Counsel for Defendant |

2

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on September 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

      **/s/ Gregory S. Sconzo**
      **Gregory S. Sconzo, Esq.**