UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-22621-JEM

HOWARD COHAN,

    Plaintiff,

v.

WENDIUM OF FLORIDA, INC.,
a Florida Profit Corporation
d/b/a WENDY'S,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff HOWARD COHAN and Defendant WENDIUM OF FLORIDA, INC., by and through their respective undersigned counsel, pursuant to Fed. R. Civ. P. 41, hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own attorney's fees and costs.

Dated: October 4, 2023                          Respectfully submitted,

| | |
|---|---|
| *s/ Gregory S. Sconzo* | *s/ Adam S. Chotiner*[1] |
| Gregory S. Sconzo, Esq. | Adam S. Chotiner, Esq. |
| FL Bar No. 0105553 | FL Bar No. 0146315 |
| The Law Office of Gregory S. Sconzo, P.A. | Shapiro, Blasi, Wasserman |
| 3825 PGA Boulevard, Suite 207 | & Hermann, P.A. |
| Palm Beach Gardens, FL 33410 | 7777 Glades Road, Suite 400 |
| Tel: (561) 729-0940 | Boca Raton, FL 33434 |
| Fax: (561) 491-9459 | Tel: (561) 477-7800 |
| E-Mail: greg@sconzolawoffice.com | Fax: (561) 477-7752 |
| Counsel for Plaintiff | E-Mail: achotiner@sbwh.law |
| | Counsel for Defendant |

---

    [1]    Gregory S. Sconzo has provided Adam S. Chotiner with express authority to jointly file this stipulation.

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>s/ Adam S. Chotiner</i><br>
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

<i>Howard Cohan v. Wendium of Florida, Inc.</i><br>
Case No. 1:23-cv-22621-JEM<br>
United States District Court, Southern District of Florida

| | |
|---|---|
| Gregory Steven Sconzo, Esq.<br>E-Mail: greg@sconzolawoffice.com<br>Samantha Lyn Simpson, Esq.<br>E-Mail: samantha@sconzolawoffice.com<br>Sconzo Law Office, P.A.<br>3825 PGA Boulevard, Suite 207<br>Palm Beach Gardens, FL 33410<br>Tel: (561) 729-0940<br>Fax: (561) 491-9459<br>Counsel for Plaintiff<br>*Via CM/ECF* | Adam S. Chotiner, Esq.<br>E-Mail: achotiner@sbwh.law<br>Shapiro, Blasi, Wasserman & Hermann, P.A.<br>7777 Glades Rd., Suite 400<br>Boca Raton, FL  33434<br>Tel: (561) 477-7800<br>Fax: (561) 477-7722<br>Counsel for Defendant<br>*Via CM/ECF* |